PAGE COUNTY v. HUGHES ET AL.

PRACTICE: JUDGMENT. In an action to subject lands to a judgment the fact of the judgment must be established to entitle the plaintiff to the relief asked.

*Appeal from Page District Court*

WEDNESDAY, APRIL 21.

ACTION in chancery to subject certain lands to a judgment obtained by plaintiff in 1870 against defendant, James Q. Hughes. The petition alleges the recovery of the judgment, the ownership of the lands by the defendant named, but that the title of record appears in the other defendants, having been conveyed to them for fraudulent purposes. The answer of defendants denies the allegations of the petition, except that it admits the ownership of the land to be in James Q. Hughes, defendant, and sets up that it constitutes his homestead. Upon a trial in the District Court a decree was entered dismissing plaintiff's petition. The county appeals.

*F. E. Clark*, for appellant.

*Morledge & McPherrin*, for appellee.

BECK, J.—The decree of the District Court must be affirmed. We are presented with all the evidence in the abstract, but fail to find one word of proof tending to establish the allegation of the petition as to the recovery of the judgment by plaintiff which is the foundation of the relief asked. The judgment is not admitted but denied in the answer; it was thus put in issue and plaintiff can have no relief in the absence of proper evidence thereof.

AFFIRMED.